UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DENISE PAYNE, individually,

    Plaintiff,                                                CASE NO.: 14-cv-81416-DMM

v.

DOLLAR TREE STORES, INC. d/b/a
DEALS #4114, a foreign corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, by and through her undersigned counsel, hereby notifies the Court that she has reached a settlement of all disputed issues in this lawsuit with Defendant, DOLLAR TREE STORES, INC. d/b/a DEALS #4114, a foreign corporation. The parties are finalizing their settlement agreement, and will thereafter submit a joint stipulation of dismissal with prejudice of this lawsuit.

**DATED** this 9th day of November, 2015.

                                                            Respectfully submitted,

                                                            **ESPINOSA LAW GROUP**
                                                            10625 N. Kendall Dr.
                                                           Miami, FL 33176-1510
                                                           Tel.: 305-655-1501
                                                           Cell: 352-219-1974
                                                           E-mail: tallison@espinosalawgroup.com
                                                           E-mail: despinosa@espinosalawgroup.com

                                                           By: */s/ Thomas Charles Allison*
                                                                Thomas Charles Allison, Esq.
                                                               Florida Bar No. 35242
                                                               Daniel Alberto Espinosa, Esq.
                                                               Florida Bar No. 81686

*Payne v. Dollar Tree Stores, Inc., etc.*
Case No.: 14-cv-81416-DMM

*Counsel For The Disabled*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 9th day of November, 2015.

By: */s/ Thomas Charles Allison*
Thomas Charles Allison, Esq.
Florida Bar No. 35242

**Service List**

Steve I. Silverman, Esq.
ssilverman@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
Miami Center, Twenty-Seventh Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

*Attorneys for Dollar Tree Stores, Inc.*

Michael J. Chilleen, Esq.
mchilleen@sheppardmullin.com
Gregory F. Hurley, Esq.
ghurley@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 428-5981

*Attorneys for Dollar Tree Stores, Inc.*