# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

DENISE PAYNE, individually,                    Case No. 9:14-cv-81416-DMM

    Plaintiff,

v.

DOLLAR TREE STORES, INC. d/b/a DEALS
#4114, a foreign corporation

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL OF ACTION

The Parties have entered into a settlement agreement. IT IS HEREBY STIPULATED by and between plaintiff Denise Payne and defendant Dollar Tree Stores, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Case No. 9:14-cv-81416-DMM

Dated:  November 16, 2015

Respectfully Submitted,


By       /s/ *Gregory F. Hurley*
         Gregory F. Hurley (*Pro Hac Vice*)
         Michael J. Chilleen (*Pro Hac Vice*)
         Sheppard Mullin Richter & Hampton LLP
         650 Town Center Drive, 4th Floor
         Costa Mesa, CA 92626-1993
         714.513.5100 | main
         714.424.8205 | direct
         714.428.5981 | direct fax
         www.sheppardmullin.com
         ghurley@sheppardmullin.com
         mchilleen@sheppardmullin.com

         *Attorneys for Dollar Tree Stores, Inc.*

By       */s/ Michael T. Landen*
         Steve I. Silverman
         Fla. Bar No. 516831
         ssilverman@klugerkaplan.com
         Michael T. Landen
         Fla. Bar No. 161144
         mlanden@klugerkaplan.com
         KLUGER, KAPLAN, SILVERMAN,
         KATZEN & LEVINE, P.L.
         Miami Center, Twenty-Seventh Floor
         201 South Biscayne Boulevard
         Miami, Florida 33131
         Telephone: (305) 379-9000
         Facsimile: (305) 379-3428

Case No. 9:14-cv-81416-DMM

Respectfully Submitted,

By  /s/ *Thomas C. Allison*
Thomas Allison, Esq.
Fla. Bar No. 35242
Daniel A. Espinosa, Esq.
Fla. Bar No. 81686
ESPINOSA LAW GROUP
10625 N. Kendall Dr.
Miami, FL  33176-1510
352.219.1974 | main
tallison@espinosalawgroup.com
despinosa@espinosalawgroup.com

*Attorneys for Plaintiff Denise Payne*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  **I FURTHER CERTIFY** that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By  /s/ *Michael T. Landen*
Michael T. Landen